IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| MONTEL ENGLISH | : | VIOLATION: 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) Notice of forfeiture |
| | : | |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about April 1, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MONTEL ENGLISH,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, model 22, .40 caliber semi-automatic pistol, bearing serial number KCB934, loaded with sixteen live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

## MONTEL ENGLISH

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such violation, including:

1. a Glock, model 22, .40 caliber semi-automatic pistol, bearing serial number KCB934; and

2. sixteen live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████
███████████████
RAND █████████

*[signature]*
JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

MONTEL ENGLISH

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture



Filed in open court this _____ day,
Of _____ A.D. 20____

_____
Clerk

Bail, $ _____